1  SCOTT J. SAGARIA (SBN 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   Egale@sagarialaw.com
3  JARRETT S. OSBORNE-REVIS (SBN 289193)
   Josborne@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   333 West San Carlos Street, Suite 620
5  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax

6  Attorneys for Plaintiff

7  George G. Weickhardt (CA 58586)
   gweickhardt@rmkb.com
8  Wendy C. Krog (CA 257010)
   wkrog@rmkb.com
9  **ROPERS, MAJESKI, KOHN & BENTLEY**
   75 Broadway Street
10 San Francisco, CA 94105-1667
   415.543.4800 Ph; 415.972.6301 Fx
11 Attorneys for Defendant Chase Bank USA, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ALEX COCEK, | Case No.: 5:13-cv-01028-RMW |
|---|---|
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| CHASE BANK USA, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [] ORDER - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Alex Cocek and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice.

|  |  |
|---|---|
|  | **Sagaria Law, P.C.** |
| Dated:   January 30, 2014 | /s/ *Jarrett S. Osborne-Revis* |
|  | Jarrett S. Osborne-Revis |
|  | Attorneys for Plaintiff |
|  |  |
| Dated: January 30, 2014 | **ROPERS, MAJESKI, KOHN & BENTLEY, PC** |
|  | By: /s/ *George G. Weickhardt* |
|  | GEORGE G. WEICKHARDT |
|  | WENDY C. KROG |
|  | Attorneys for Defendant |
|  | CHASE BANK USA, N.A. |

**[] ORDER**

IT IS SO ORDERED.

DATED:_____          *Ronald M. Whyte*
                                  UNITED STATES DISTRICT JUDGE

I, <u>Jarrett S. Osborne-Revis</u>, hereby certify that I am an ECF registered user and George G. Weickhardt has concurred in this electronic filing.

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [] ORDER - 2